UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NORIEGA-SANCHEZ,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Criminal No.  11-CR-2501-L<br>Civil No. 12-CV-314-L<br><br>**ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION** |

    On February 6, 2012, Petitioner, Jose Noriega-Sanchez ("Petitioner") proceeding *pro se*, filed a Motion for Reduction of Sentence pursuant to 28 U.S.C. §2255. On February 9, 2012, the Court dismissed the motion with prejudice. On February 27, 2012, Petitioner moved for reconsideration.

    In his § 2255 motion, Petitioner requested the Court reduce his sentence by 6 months due to his immigration removal status. Based on a review of the record, the Court denied Petitioner's motion, finding Petitioner had waived both his right to appeal and to collaterally attack his conviction and sentence, pursuant to his plea agreement. Petitioner now seeks the same relief he requested in his initial motion.

/ / /

/ / /

/ / /

/ / /

Having considered Petitioner's motion, and the record in this case, the Court is not persuaded that its order dismissing Petitioner's Motion for Reduction of Sentence was erroneous or manifestly unjust. Accordingly, Petitioner's Motion for Reconsideration is **DENIED**.

DATED: March 15, 2012

*M. James Lorenz*
M. James Lorenz
United States District Court Judge